UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZACK ALDAWOODY,

    Plaintiff,

v.

CANDELA CORPORATION,

    Defendant.

Case No. 25-12695
Honorable Laurie J. Michelson

**ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE OF PROCESS [26]**

Plaintiff Zack Aldawoody has filed a motion for a 30-day extension of time to serve the Defendant Candela Corporation. (ECF No. 26.) The motion provides good cause for the requested extension and thus satisfies Federal Rule of Civil Procedure 4(m). Accordingly, Aldawoody's motion is GRANTED and he shall have until January 8, 2026, to effectuate service on Candela.

SO ORDERED.

Dated: November 26, 2025

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE